1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12
13 | DAVID W. JACOBSON,                                  1:07-cv-001040-LJO-SMS (HC)

14                          Petitioner,

15 | v.                                                 **ORDER AUTHORIZING
                                                         IN FORMA PAUPERIS STATUS**

16 | WARDEN, MCFARLAND COMMUNITY
    CORRECTIONAL FACILITY,
17
18                          Respondent.
    _____/
19
20          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
21 | pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
22 | proceed *in forma pauperis*.  The petition will be screened in due course.

    IT IS SO ORDERED.
23
24 | **Dated:     August 9, 2007**                          **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE
25
26
27
28